UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21-CR-00108-1-JRG-CRW |
| | ) | |
| COREY AULBURN CINNAMON | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 35], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charge in Count Two of the Indictment [Doc. 28], adjudge him guilty of that charge, and order him to remain in custody pending his sentencing hearing. Defendant has filed a notice of no objections [Doc. 36] to the report and recommendation, and the United States has not timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count Two of the indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 28] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending his sentencing hearing.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

2

Case 2:21-cr-00108-JRG-CRW   Document 37   Filed 01/17/23   Page 2 of 2   PageID #: 77